IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSHAREE' M. MARSHALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:20-cv-1008-ECM |
| | ) (WO) |
| IST CHOICE PROPERTY | ) |
| MANAGEMENT and | ) |
| DANNY CAUSEY, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM OPINION and ORDER**

On March 14, 2023, the Magistrate Judge entered a Recommendation (doc. 14) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge (doc. 14) is ADOPTED, and this lawsuit is DISMISSED without prejudice.

A separate Final Judgment will be entered.

DONE this 25th day of April, 2023.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE